

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JAN 27  A 11: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

### INDICTMENT FOR COMPUTER FRAUD

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL DOCKET NO. |
| V. | * | SECTION:  05-026 |
| **EDWIN E. BURKS** | * | VIOLATION: 18 U.S.C. § 1030(a)(4) |
| | * * * | SECT. R MAG. 2 |

The Grand Jury charges that:

### COUNT 1

A.  **AT ALL TIMES MATERIAL HEREIN:**

1. The defendant, **EDWIN E. BURKS**, was an attorney licensed to practice law in the State of Louisiana and the State of New York.

2. The defendant, **EDWIN E. BURKS**, was employed as an Assistant City Attorney for the City of New Orleans, State of Louisiana, for approximately fifteen (15) years.

3. The defendant, **EDWIN E. BURKS**, was assigned to Section C of Traffic Court for the City of New Orleans for the past eight (8) years.

```
___ Fee _____
___ Process _____
_X_ Dktd _____
_/_ CtRmDep _____
___ Doc. No. _____
```

4.  The defendant, as part of his sworn duties as an Assistant City Attorney, was responsible for the prosecution of individuals who had been issued traffic summons (traffic citations) within the City of New Orleans by various law enforcement agencies.

## B.  COMPUTER FRAUD

From on or about March 11, 2004, and continuously thereafter until on or about April 8, 2004, in the Eastern District of Louisiana and elsewhere, **EDWIN E. BURKS**, defendant herein, did knowingly and with intent to defraud, access a protected computer without authorization, or by exceeding authorized access, and by means of such conduct furthered the intended fraud and obtained something of value; to wit: the defendant did knowingly and intentionally accept monetary bribes in exchange for agreeing to "Nolle Prosequi", or not prosecute a Traffic Court

case, affecting interstate commerce, when the defendant dismissed certain traffic citations, thereby affecting the Driver Management Database, a protected computer utilized by the State of Louisiana, Office of Motor Vehicles (OMV) in Baton Rouge, Louisiana; in violation of Title 18, United States Code, Section 1030(a)(4).

A TRUE BILL:

_____
Foreperson

_____
JIM LETTEN
UNITED STATES ATTORNEY
Louisiana Bar Roll No. 8517

_____
JAN MASELLI MANN
First Assistant United States Attorney
Chief, Criminal Division
Louisiana Bar Roll No. 9020

_____
ALBERT J. WINTERS, JR.
Senior Litigation Counsel
Louisiana Bar Roll No. 13606

_____
BRIAN M. KLEBBA
Assistant United States Attorney

New Orleans, Louisiana
January 27, 2005

FORM OBD-34
APR 91

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana
Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

*EDWIN E. BURKES*

## INDICTMENT

### INDICTMENT FOR COMPUTER FRAUD

**VIOLATION: 18 U.S.C. § 1030(a)(4)**

A true bill

_____
Foreman

Filed in open court this _____
_____ A.D 2005

_____ day, of _____
_____
Clerk

Bail, $ _____

_____
**BRIAN M. KLEBBA, Assistant United States Attorney**